UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA A. LAZENBY,

                     Plaintiff,                     22 **CIVIL** 3236 (OTW)

      -v-                                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated September 08, 2022, that the action be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, to include an opportunity for a new hearing.

**Dated:**  New York, New York
         September 08, 2022

                                                     **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                            **BY:**      _[signature]_

                                                        **Deputy Clerk**